JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| RAEQUAN TUGGLE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondent. | Case No. ED CV 25-1895-MRA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and failure to exhaust state court remedies.

Date: January 06, 2026

MONICA RAMIREZ ALMADANI
United States District Judge